# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: 99-cr-00235-WYD-01 |
| | USM Number: 28961-013 |
| HOWARD TROWBRIDGE | Boston H. Stanton, Jr., Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 2, 4, 5 and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 02/28/05 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 1 and 3 and were withdrawn by the government.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 17, 2006
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

January 25, 2006
Date

DEFENDANT: HOWARD TROWBRIDGE
CASE NUMBER: 99-cr-00235-WYD-01                                                        Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to Report Arrest/Questioning by Law Enforcement Officer | 10/10/04 |
| 5 | Failure to Notify Officer of Change in Residence | 01/15/05 |
| 6 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 02/18/05 |

DEFENDANT:  HOWARD TROWBRIDGE
CASE NUMBER:  99-cr-00235-WYD-01                                                             Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixteen (16) months with 259 days credit time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

 

 

 

 

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal